United States District Court
Southern District of Texas
**ENTERED**
March 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DANIEL ENRIQUE ZACARIAS MATOS, § § Petitioner, § § VS. § FRANCISCO VENEGAS, *et al.*, § § Defendants. § | CIVIL ACTION NO. 1:25-CV-057 |

## ORDER

In order to facilitate the Court's consideration of the pending Petition for Writ of Habeas Corpus (Doc. 1), it is:

**ORDERED** that, by no later than noon on March 18, 2025, the Respondents shall file a copy of Petitioner Daniel Enrique Zacarias Matos's A-File. The filing shall be made under seal and shall be Bates-stamped.

Signed on March 17, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge