Case 1:25-cv-00057   Document 8   Filed on 03/18/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENRIQUE ZACARIAS MATOS, | § § § § | |
| Petitioner, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 1:25-CV-057 |
| FRANCISCO VENEGAS, *et al.*, | | |
| Respondents. | | |

## ORDER AND EXTENSION OF TEMPORARY RESTRAINING ORDER

The Respondents have filed a motion for an extension of time to file a response to Petitioner Daniel Enrique Zacarias Matos's request for emergency injunctive relief and to reset the hearing currently scheduled for March 19, 2025. (Motion, Doc. 6) The Respondents filed their Motion as opposed, but after the filing, they communicated to the Court that Zacarias Matos does not oppose the Motion, subject to the extension of the Temporary Restraining Order (Doc. 3).

In its filing, the Respondents represent that Zacarias Matos is subject to the temporary restraining order that the District Court of the District of Columbia recently issued in *J.G.G., et al. v. Donald J. Trump, In His Capacity as President of the United States, et. al.*, 1:25-cv-00766-JEB. (Motion, Doc. 6, 2) The Respondents also represent that Zacarias Matos is "in no immediate danger of deportation or removal" because the temporary restraining order in the *J.G.G.* case applies to Zacarias Matos, and that the order in the *J.G.G.* case enjoins the United States Government from removing him. (*Id.* at 3) The Respondents also represent that "there are no other Orders pending subjecting Petitioner to removal under Title 8." (*Id.*)

The Court finds that good cause supports the requested relief. As a result, it is:

**ORDERED** that the Respondents' Motion for Extension of Time to File Response to Request for Preliminary Injunction and Petition for Habeas Corpus Relief and Motion to Continue March 19, 2025 Hearing (Doc. 6) is **GRANTED** to the extent indicated in this Order;

**ORDERED** that the hearing currently scheduled for Wednesday, March 19, 2025, is rescheduled to Wednesday, March 26, 2025, at 8:30 a.m., at which time the Court will consider whether to issue a preliminary injunction or other form of emergency relief as requested in the Verified Petition for Writ of Habeas Corpus (Doc. 1); and

**ORDERED** that by no later than noon on March 25, 2025, the Respondents shall file a Response as to the issues that the Court will consider at the March 26, 2025, hearing.

The Court also finds that good cause exists to extend the Temporary Restraining Order (Doc. 3). The parties have reached agreement to an extension through March 29, 2025, and the extension will ensure that the status quo is maintained through the rescheduled hearing date, to permit the Court to consider the issues raised by the Petition for Writ of Habeas Corpus. As a result, it is also:

**ORDERED** that the Temporary Restraining Order (Doc. 3) is extended as follows:

The Respondents are enjoined from transferring or relocating Daniel Enrique Zacarias Matos from the El Valle Detention Center, and are enjoined from transporting Daniel Enrique Zacarias Matos outside of Willacy County or Cameron County, Texas, without an Order from the Court.

The Temporary Restraining Order shall expire on the earlier of 5:00 p.m. (central time) of Saturday, March 29, 2025, or by Order of the Court.

Signed on March 18, 2025, at 8:45 a.m.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge