United States District Court
Southern District of Texas
**ENTERED**
March 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENRIQUE ZACARIAS MATOS, | § | |
| Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-057 |
| FRANCISCO VENEGAS, *et al.*, | § § § | |
| Respondents. | § | |

# ORDER

Petitioner Daniel Enrique Zacarias Matos requests that the Court enjoin the Respondents from removing him from the United States without a final order of removal from an Immigration Court. Respondents have represented that the Government seeks to remove Zacarias based on the Presidential Proclamation of March 15, 2025, invoking the President's authority under the Alien Enemies Act, 50 U.S.C. § 21. (Motion for Extension, Doc. 6, 2)

The Court has scheduled a hearing for Wednesday, March 26, 2025, to consider "whether to issue a preliminary injunction or other form of emergency relief" as requested by Zacarias Matos. (Order, Doc. 8) To facilitate the Court's consideration of those issues, it is:

**ORDERED** that by no later than 5:00 p.m. on March 25, 2025, Petitioner Daniel Enrique Zacarias Matos shall file a brief presenting his arguments in favor of the emergency injunctive relief that he requests, and addressing the Respondents' argument that the Alien Enemies Act, 50 U.S.C. § 21, authorizes his removal based on the March 15 Presidential Proclamation.

Signed on March 20, 2025.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge