# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

Daniel Enrique Zacarias Matos
   Petitioner

v.                                                  Case No. 1:25−cv−00057

Francisco Venegas
   Respondent

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Fernando Rodriguez, Jr

**PLACE:**
by telephone

**DATE:** 3/24/2025

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Telephone Conference

Date: March 24, 2025

                                                                         Nathan Ochsner, Clerk