United States District Court
Southern District of Texas
**ENTERED**
March 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENRIQUE ZACARIAS MATOS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-057 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER AND EXTENSION OF TEMPORARY RESTRAINING ORDER

On March 24, 2025, the Court held a telephone conference to consider the parties' requests to extend certain deadlines in the Court's Orders issued on March 18, 2025, and March 20, 2025. (*See* Orders, Docs. 8 and 12)  The Respondents and Petitioner presented their arguments regarding the requested extensions.  The Respondents indicated that they oppose the extension of the injunctive relief within the Court's March 18 Order.

Based on the record and the applicable law, the Court finds that good cause supports the requested relief to the extent indicated in this Order.  It is:

**ORDERED** that the hearing currently scheduled for Wednesday, March 26, 2025, is rescheduled to Monday, April 7, 2025, at 8:30 a.m., at which time the Court will consider whether to issue a preliminary injunction or other form of emergency relief as requested in the Verified Petition for Writ of Habeas Corpus (Doc. 1); and

**ORDERED** that by no later than March 28, 2025, the Respondents shall file a Response as to the issues that the Court will consider at the April 7, 2025, hearing;

**ORDERED** that by no later than April 3, 2025, the Petitioner shall file a Reply to the Respondents' Response.

The Court also finds that under Federal Rule of Civil Procedure 65, good cause exists to extend the Temporary Restraining Order (Doc. 3).  Based on the record, the arguments of counsel,

and the applicable law, the Court finds that an extension will ensure that the status quo is maintained through the rescheduled hearing date, to permit the Court to consider the issues raised by the Petition for Writ of Habeas Corpus. As a result, it is also:

**ORDERED** that the Temporary Restraining Order (Doc. 3) is extended as follows:

The Respondents are enjoined from transferring or relocating Daniel Enrique Zacarias Matos from the El Valle Detention Center, and are enjoined from transporting Daniel Enrique Zacarias Matos outside of Willacy County or Cameron County, Texas, without an Order from the Court.

The Temporary Restraining Order shall expire on the earlier of 4:00 p.m. (central time) on Monday, April 7, 2025, or by Order of the Court.

Signed on March 24, 2025, at 4:30 p.m.

Fernando Rodriguez, Jr.
United States District Judge