UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DANIEL ENRIQUE ZACARIAS MATOS, | § |
| Petitioner, | § |
| VS. | § CIVIL ACTION NO. 1:25-CV-057 |
| FRANCISCO VENEGAS, *et al.*, | § |
| Respondents. | § |

# **ORDER**

At the inception of this matter, the Court issued a Temporary Restraining Order that prohibited the Respondents from moving Petitioner Daniel Enrique Zacarias Matos outside of Cameron or Willacy County, Texas, without the Court's permission. (TRO, Doc. 3)  The Court most recently extended the Temporary Restraining Order on March 24, 2025, extending it to 4:00 p.m. on April 7, 2025. (Order Extending TRO, Doc. 18)  In the same Order, the Court established a briefing schedule and set a preliminary injunction hearing for April 7 at 8:30 a.m.

The parties have now filed a joint motion to vacate the briefing deadlines and cancel the preliminary injunction hearing. (Joint Motion, Doc. 22).  The parties cite "further developments in petitioner's immigration court proceedings," as well as the pending litigation in *J.G.G., et al. v. Donald J. Trump, In His Capacity as President of the United States, et. al.*, No. 1:25-cv00766 (D.D.C. 2025), in which developments are likely "to impact timing and next steps in this case." (*Id.* at 1)  The parties also represent that "Petitioner is in no immediate danger of deportation or removal." (*Id.* at ¶ 18)

The Court finds that good cause supports the requested relief.  Accordingly, it is:

**ORDERED** that the parties' Joint Motion for Vacatur of Current Deadlines and Hearing (Doc. 22) is **GRANTED**;

**ORDERED** that the briefing schedule established in the Court's March 24, 2025, Order (Doc. 18) is **VACATED**;

**ORDERED** that by no later than March 31, 2025, the parties shall file a Joint Status Report and proposed briefing schedule;

**ORDERED** that the preliminary injunction hearing scheduled for April 7, 2025, at 8:30 a.m. is **CANCELED**; and

**ORDERED** that a status conference is scheduled for April 7, 2025, at 10:00 a.m. The parties shall appear by teleconference.

The Temporary Restraining Order (Doc. 18) remains in full effect.

All relief not expressly granted is denied.

Signed on March 28, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge