United States District Court
Southern District of Texas
**ENTERED**
April 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DANIEL ENRIQUE ZACARIAS MATOS, § § Petitioner, § § VS. § FRANCISCO VENEGAS, *et al.*, § § Respondents. § | CIVIL ACTION NO. 1:25-CV-057 |

## ORDER

The Court has reviewed the parties' Joint Status Report (Doc. 24). In light of the parties' submission, the record in this case, and the ongoing litigation in *J.G.G., et al. v. Donald J. Trump, In His Capacity as President of the United States, et. al.*, No. 1:25-cv-766 (D.D.C. 2025), the Court finds that an extension of the briefing schedule is warranted. Accordingly, it is:

**ORDERED** that the parties shall file a joint proposed briefing and hearing schedule by no later than April 3, 2025.

A telephonic status conference remains scheduled for 10:00 a.m. on April 7, 2025.

The Temporary Restraining Order (Doc. 18) remains in full effect.

Signed on April 1, 2025.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge