United States District Court
Southern District of Texas
**ENTERED**
April 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENRIQUE ZACARIAS MATOS, | § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:25-CV-00057 |
| FRANCISCO VENEGAS, *et al.*, | § § § | |
| Respondents. | § | |

## NOTICE

The Court has reviewed the Joint Status Report (Doc. 28) and finds that the parties have complied with its Orders regarding scheduling. The parties shall be prepared to discuss a briefing schedule at the status conference set for April 7, 2025.

Signed on April 4, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge