UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENRIQUE ZACARIAS MATOS, | § § § § § § § § § | |
| Petitioner, | | |
| VS. | | CIVIL ACTION NO. 1:25-CV-00057 |
| FRANCISCO VENEGAS, *et al.*, | | |
| Respondents. | | |

# NOTICE

The Court has reviewed the parties' Stipulated Modification of the Injunction Order (Doc. 40), through which the parties stipulate that the Court's Preliminary Injunction (Doc. 31) "does not prohibit Petitioner's removal on his order of expedited removal if that removal is to Venezuela and occurs by May 10, 2025."

The Court accepts the modification of its Preliminary Injunction and confirms that the removal of Petitioner Daniel Enrique Zacarias Matos to Venezuela, by May 10, 2025, and based on his order of expedited removal, would not violate the Court's Preliminary Injunction.

The Court will not extend the Preliminary Injunction, but will await the parties' Joint Status Report on May 12, 2025, before issuing a final order in this matter.

Signed on May 6, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge