United States District Court
Southern District of Texas
**ENTERED**
May 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENRIQUE ZACARIAS MATOS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-057 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

The parties have filed a Joint Status Report and Motion to Dismiss (Doc. 42), requesting dismissal under Federal Rule of Civil Procedure 41(a)(2). Under that rule, a court may dismiss claims upon the plaintiff's request "on terms the court considers proper." In the present matter, the Court finds the terms proper and that good cause supports the requested relief.

Accordingly, it is:

**ORDERED** that Plaintiff Daniel Enrique Zacarias Matos's causes of action are **DISMISSED WITHOUT PREJUDICE**.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on May 13, 2025.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge